Certificate Number: 05781-FLM-DE-029605798

Bankruptcy Case Number: 17-04195



05781-FLM-DE-029605798

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 19, 2017, at 7:48 o'clock PM PDT, Sonia Lopez completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Florida.

Date: July 19, 2017

By: /s/Allison M Geving

Name: Allison M Geving

Title: President